UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CVS/CAREMARK CORP.

vs. CA 07-177ML

CHUBB GROUP OF INSURANCE
COMPANIES

## ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
May 24, 2007

Entered as an Order of this Court on May 24, 2007.

Barbara Barletta
Deputy Clerk