UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CVS/CAREMARK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CHUBB GROUP OF INSURANCE COMPANIES,<br><br>Defendant. | C.A. No. 07-177 T |

**STIPULATION FOR SUBSTITUTION OF DEFENDANT**

The parties to the above-entitled matter hereby stipulate and agree that Federal Insurance Company be substituted for Chubb Group of Insurance Companies as the defendant in this action.

Plaintiff,
By its attorneys,

/s/ Matthew F. Medeiros
Matthew F. Medeiros (#1856)
Little, Medeiros, Kinder, Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
Tel. 401-272-8080
Fax 401-521-3555
mfm@lmkbw.com

Defendant,
By its attorneys,

/s/David C. Fixler
David C. Fixler (#3839)
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
Tel. 617-330-7000
Fax 617-330-7550
dfixler@rubinrudman.com

*of counsel to plaintiff*

Michael L. Chinitz, BBO #552915
Richard E. Bowman, BBO #645245
Rose, Chintz & Rose
29 Commonwealth Avenue
Boston, MA 02116
Tel. 617-536-0040
Fax 617-536-4400
mlc@rose-law.net; reb@rose-law.net

**CERTIFICATION**

I, hereby certify that on this 24th day of July, 2007 this document was filed electronically and is available for viewing and downloading to the following ECF registered counsel of record.

Matthew F. Medeiros, Esq.
Little, Medeiros, Kinder, Bulman & Whitney PC
72 Pine Street
Providence, RI 02903

Richard E. Bowman, Esq.
Rose, Chintz & Rose
29 Commonwealth Avenue
Boston, MA 02116

/s/David C. Fixler
David C. Fixler, Esq.