**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CVS/CAREMARK CORPORATION, | ) | |
| | ) | C.A. No. 07-177 T |
| Plaintiff | ) | |
| | ) | Jury Trial Demanded |
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**WITHDRAWAL OF MOTION TO ADMIT SCOTT A. AFTUCK *PRO HAC VICE***

Defendant Federal Insurance Company hereby withdraws its Motion to Admit Scott A. Aftuck *Pro Hac Vice*, which Motion was filed with Court on September 6, 2007.

Respectfully Submitted,
Federal Insurance Company,
By its attorneys

/s/David C. Fixler

David C. Fixler (#3839)
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
Telephone: (617) 330 - 7000
Facsimile: (617) 439-9556
dfixler@rubinrudman.com

Dated: September 12, 2007

## CERTIFICATION

I hereby certify that on this 12th day of September, 2007 this document was filed electronically and is available for viewing and downloading to the following ECF registered counsel of record.

Matthew F. Medeiros, Esq.
Little, Medeiros, Kinder, Bulman & Whitney PC
72 Pine Street
Providence, RI 02903

Richard E. Bowman, Esq.
Rose, Chintz & Rose
29 Commonwealth Avenue
Boston, MA 02116

/s/David C. Fixler
David C. Fixler, Esq.