**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CVS/CAREMARK CORPORATION, Plaintiff, | ) | Civil Action No: 07-177 T |
| v. | ) | |
| FEDERAL INSURANCE COMPANY, Defendant. | ) | |

**PLAINTIFF CVS/CAREMARK CORPORATION'S RESPONSE TO DEFENDANT FEDERAL INSURANCE COMPANY'S MOTION TO SEVER AND STAY PROCEEDINGS ON COUNT III OF PLAINTIFF'S COMPLAINT**

Plaintiff CVS/Caremark Corporation ("CVS") does not object to *Defendant Federal Insurance Company's Motion to Sever and Stay Proceedings on Count III of Plaintiff's Complaint*.

/s/ Matthew F. Medeiros
Matthew F. Medeiros (#1856)
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Tel. (401) 272-8080
Fax. (401) 521-3555
mfm@lmkbw.com

Michael L. Chinitz (*pro hac vice*)
Richard E. Bowman (*pro hac vice*)
ROSE, CHINITZ & ROSE
29 Commonwealth Ave.
Boston, MA 02116
Tel. (617) 536-0040
Fax. (617) 536-4400

Date: September 24, 2007

**COUNSEL FOR PLAINTIFF**

CERTIFICATION

I hereby certify that on September 24, 2007, a copy of the foregoing Plaintiff CVS/Caremark Corporation's Response to Defendant Federal Insurance Company's Motion to Sever and Stay Proceedings on Count III of Plaintiff's Complaint was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by e-mail or to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**David C. Fixler** dfixler@rubinrudman.com

/s/ Matthew F. Medeiros

F:\MFM\CVS\Response to Defendant's Motion to Sever Stay Proceedings on Count III of Plaintiffs Complaint.doc