**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CVS/CAREMARK CORPORATION, Plaintiff, | ) | |
| v. | ) | C.A. No. 07-177 T |
| FEDERAL INSURANCE COMPANY, Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY ORDER**

Plaintiff, CVS/Caremark Corporation, and Defendant, Federal Insurance Company, hereby jointly move for entry of the attached Stipulation Respecting Confidentiality of Discovery Materials.

CVS/Caremark Corporation,
By its attorneys,

/s/ Matthew F. Medeiros

Matthew F. Medeiros (#1856)
Little, Medeiros, Kinder,
Bulman & Whitney PC
72 Pine Street
Providence, RI 02903
Telephone: (401) 272-8080
Facsimile: (401) 521-3555
mfm@lmkbw.com

*Of Counsel*

Michael L. Chinitz (BBO #552915)
Richard E. Bowman (BBO #645245
Rose, Chintz & Rose
29 Commonwealth Avenue
Boston, MA 02116
Telephone: (617) 536-0060
Facsimile: (617) 536-4400

Federal Insurance Company,
By its attorneys

/s/ David C. Fixler

David C. Fixler (#3839)
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
Telephone: (617) 330 - 7000
Facsimile: (617) 439-9556
dfixler@rubinrudman.com

*Of Counsel*

John J. McGivney (BBO #333510)
Michael A. Burkett (BBO #452433)
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
Telephone: (617) 330-7017
Facsimile: (617) 330-7550

Date: December 10, 2007

**CERTIFICATION**

I, hereby certify that on this 10th day of December, 2007 this document was filed electronically and is available for viewing and downloading to the following ECF registered counsel of record.

David C. Fixler (#3839)
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

John J. McGivney (BBO #333510)
Michael A. Burkett (BBO #452433)
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

/s/ Matthew F. Medeiros
Matthew F. Medeiros

F:/MFM/CVS/Chubb/Motion to enter confidentiality stip