RUBIN AND RUDMAN LLP
Attorneys at Law

T: 617.330.7000 F: 617.330.7550
50 Rowes Wharf, Boston, MA 02110

John J. McGivney
Direct Dial: (617) 330-7017
E-mail: jmcgivney@rubinrudman.com

September 9, 2008

Clerk Ryan Jackson
Rhode Island District Court
Federal Building and Courthouse
One Exchange Terrace
Providence, RI 02903

Re: CVS/Caremark Corporation v. Chubb Group of Insurance Companies
United States District Court, C.A. No. 07-177

Dear Mr. Jackson:

The previously scheduled Summary Judgment Conference of January 22, 2008, was postponed, in order to permit the parties an opportunity to mediate. Although the parties have now mediated their dispute, their attempt to reach a mediated settlement has failed. Accordingly, on behalf of my client, defendant/counterclaimant Federal Insurance Company ("Federal"), I hereby respectfully request that the Court re-schedule a Summary Judgment Conference for a day and time convenient to the Court. (It appears undersigned counsel will be in London, England for depositions in another matter between October 2 and October 10, 2008). As a pre-requisite to the Summary Judgment Conference, we have notified counsel for CVS/Caremark Corporation ("CVS") by letters of January 11, 2008, and June 19, 2008, of the expected bases of Federal's motion for summary judgment. Thank you for your attention to this matter.

Very truly yours,

John J. McGivney

JJM:ld

cc: Michael L. Chinitz, Esq.
Matthew F. Medeiros, Esq.
David C. Fixler, Esq.
Scott A. Aftuck, Esq.

857041_1